IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PATENT GROUP LLC, § | | |
| Relator § | | |
| § | | |
| v. § | Civil Action No. 2:11-cv-00008 | |
| § | | |
| WALLS INDUSTRIES, LLC, § | | |
| Defendant § | JURY TRIAL DEMANDED | |

PATENT GROUP, LLC AND WALLS INDUSTRIES, LLC'S
JOINT MOTION TO DISMISS WITH PREJUDICE

Relator Patent Group, LLC ("Patent Group") and Defendant Walls Industries, LLC, ("Walls") file this Joint Motion to Dismiss with Prejudice and would show the Court as follows:

I. Patent Group and Walls have entered into a settlement agreement to settle the claims made as the basis of the lawsuit. Accordingly, Patent Group moves this Court to dismiss its claims against Walls with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

II. For the reasons set forth above, this court should grant Patent Group and Walls' Joint Motion to Dismiss with Prejudice.

A Proposed Order is attached.

Dated:  July 15, 2011                              Respectfully Submitted,

                                    **KENT, GOOD, ANDERSON & BUSH, P.C.**
Woodgate I, Suite 200
1121 E.S.E. Loop 323
Tyler, Texas 75701
(903) 579-7500 (Office)
(903) 581-3701 (Fax)


By: */s/  Ken W. Good*
      KEN W. GOOD
      State Bar No. 08139200

**ATTORNEYS FOR RELATOR,**
**PATENT GROUP, LLC**


**GARDERE WYNNE SEWELL, LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201
(214) 999-4106 (Office)
(214) 999-3106 (Fax)


By:   */s/ Terrell R. Miller*
      TERRELL R. MILLER
      State Bar No. 24046446

**ATTORNEYS FOR DEFENDANT,**
**WALLS INDUSTRIES, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 15th day of July, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class U.S. mail on this same date.

                                                                 */s/ Ken W. Good*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PATENT GROUP LLC, | § | |
|     Relator | § | |
| | § | |
| v. | § | Civil Action No. 2:11-cv-00008 |
| | § | |
| WALLS INDUSTRIES, LLC, | § | |
|     Defendant | § | JURY TRIAL DEMANDED |

ORDER ON PATENT GROUP, LLC AND WALLS INDUSTRIES, LLC'S
JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Relator Patent Group, LLC ("Patent Group") and Defendant Walls Industries, LLC's ("Walls") Joint Motion to Dismiss with Prejudice Amended Complaint. The Court finds that the parties have entered into a settlement agreement to settle the claims made the basis of this lawsuit. After the consideration of the Motion, this Court finds that it is meritorious and should be GRANTED. According, the Court hereby DISMISSES WITH PREJUDICE Relator Patent Group's claims against Walls, with each party to bear its own attorney fees, expenses, and costs.